# EXHIBIT F

**From:** <ann.muldoon@pnc.com>
**Date:** October 17, 2012 at 11:51:04 PM GMT+3
**To:** <haa-law@hotmail.com>
**Cc:** <Tiffany.Larew@pnc.com>, <janet.rife@pnc.com>
**Subject: Web Wire Service**

Hello Hassan - I received your email request to set up PINACLE Web Wire service.  I will submit the request to send you the required documents which you should receive in the next 2 days.  Please follow the instructions to complete and return the documents.  Please contact me with any questions

**PINACLE Web Wire** - This service allows you to initiate a wire transfer to any domestic or international account destination without having to visit a PNC branch.  Via your on-line connection with PINACLE, you can initiate free form or repetitive wires in either US Dollars or Foreign Currency. There is a $50 one time set-up fee and a $25 monthly fee.  The cost for each domestic wire transfer is $10 and International wires are $22.

Thank you.

Ann

**Ann S. Muldoon, CTP**
Vice President
Business Banking Treasury Management

**PNC BANK**

2810 S Highland Ave

Mail Stop D1-Y186-01-1

Lombard, IL 60148

630.743.9268 (cell)
630.620.2045 (fax)


ann.muldoon@pnc.com


The contents of this email are the property of PNC. If it was not addressed to you, you have no legal right to read it. If you think you received it in error, please notify the sender. Do not forward or copy without permission of the sender. This message may contain an advertisement of a product or service and thus may constitute a commercial electronic mail message under US Law. The postal address for PNC is 249 Fifth Avenue, Pittsburgh, PA 15222. If you do not wish to receive any additional advertising or promotional messages from PNC at this e-mail address, click here to unsubscribe.                          https://pnc.p.delivery.net/m/u/pnc/uni/p.asp
By unsubscribing to this message, you will be unsubscribed from all advertising or promotional messages from PNC. Removing your e-mail address from this mailing list will not affect your subscription to alerts, e-newsletters or account servicing e-mails.

To: haa-law@hotmail.com
CC: janet.rife@pnc.com; Tiffany.Larew@pnc.com
Subject: PNC Follow-up
From: ann.muldoon@pnc.com
Date: Thu, 4 Oct 2012 16:55:53 -0500

Hello Hassan - Thank you for your time on the phone today and your interest in PNC's Business services. I wanted to provide you with details on a few services that could assist you with moving funds more efficiently and securely. I also want you to be aware of ways that you can reduce your exposure to potential check and electronic payment fraud. Here are some services you may want to consider adding to your business account:

**PINACLE Web Wire** - This service allows you to initiate a wire transfer to any domestic or international account destination without having to visit a PNC branch. Via your on-line connection with PINACLE, you can initiate free form or repetitive wires in either US Dollars or Foreign Currency. There is a $50 one time set-up fee and a $25 monthly fee. The cost for each domestic wire transfer is $10 and International wires are $22.

**Deposit Now Check Scanning -** We can provide you with a check scanner that will allow you to make deposits to your business account without leaving your office. You will scan the checks and then transmit the images to the bank by 8:00PM and receive same day ledger credit and next day availability up to $50,000. This service will save you time, effort and ensure that you have use of deposited funds quickly. The cost for this service is $50 per month with no per check charges and no charge for the scanner.

**Business Options VISA -** This credit card is a true payables solution due to its controls and expanded reporting available. There is no fee if the annual amount spent is $100,000 or greater. Select one of 3 different reward program options (1% cash back, travel rewards or PNC Points) and enjoy the flexibility of making a credit card payment which will extend your cash flow cycle.

**Debit authorization -** This service will allow you to set up an approved list of trading partners that are allowed to present ACH Debits to your account. All other automatic debits that are presented to your account will be rejected unless they are on this list. You may add or delete authorized ACH originators at any time. There is a monthly fee of $10 for this service with a one-time $50 set-up fee.

**Universal Payment Identification Code (UPIC) -** This "substitute" account number is used in lieu of your actual account and routing numbers for any trading partners that want to send an ACH Credit to your account. As a result you do not share your actual account and routing number which provides additional security on your account. If any kind of debit is presented to the UPIC, the transaction will reject and your funds will be protected. The cost for this service is $5 per month with a one-time $50 set up fee.

I am also going to ask Augie Barkow from our **Foreign Exchange** group to contact you so that you can discuss your needs for sending and receiving Euros easily and cost-effectively.

Please do not hesitate to contact me with any questions. Thank you.

Ann

**Ann S. Muldoon, CTP**
Vice President
Business Banking Treasury Management

**PNC BANK**
2810 S Highland Ave
Mail Stop D1-Y186-01-1
Lombard, IL 60148

630.743.9268 (cell)
630.620.2045 (fax)

ann.muldoon@pnc.com